UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record for Midland National Life Insurance Company

FROM: Judge Peter J. Messitte

RE: Midland National Life Insurance Company v. Flowers, et al.
No. 22-cv-3267

DATE: January 23, 2024

\* \* \*

On September 7, 2023, the Court granted Midland leave to deposit into the Registry of this Court, *nunc pro tunc* to December 19, 2022 (the date the Complaint was filed), the disputed insurance proceeds in the amount of $100,000.00, plus any applicable interest. ECF No. 35. However, the Court has no record of the funds actually having been deposited. Midland shall therefore promptly indicate when it proposes to do so.

The Court notes that on March 24, 2023, Midland submitted a status report stating the following: "Once the pending motions are addressed, Midland's amended complaint has been filed, service is complete on all Defendants, and Midland has deposited its admitted liability with the Court, Midland intends to seek an Order of Interpleader discharging it from liability awarding it the relief sought in the Complaint, and dismissing it from the case, with prejudice." ECF No. 13. Please advise whether this is still Midland's intention, and if so, when it plans to seek such an Order of Interpleader.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

CC: *Pro se* litigants Chanelle Flowers; Quartni Kazmik; Russell Anderson, Jr.
Counsel of Record for Trinity Funeral Funding, LLC
Court file