UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:      Chanelle Flowers; Quartni Kazmik; Russell Anderson, Jr.

FROM:    Judge Peter J. Messitte

RE:      <u>Midland National Life Insurance Company v. Flowers, et al.</u>
         No. 22-cv-3267

DATE:    January 23, 2024

\* \* \*

On October 17, 2023, Midland National Life Insurance Company ("Midland") moved for the Clerk to enter a Default against each of you for failure to file timely responses to its Interpleader Complaint pursuant to Federal Rule of Civil Procedure 55(a). The Court addresses each Defendant as follows.

<u>Chanelle Flowers</u>: The Court notes that on November 2, 2023, you filed an Answer to the Second Amended Complaint. Although that Answer was filed after the deadline to respond, given your *pro se* status, default judgment will not be entered against you.

<u>Quartni Kazmik</u>: The Court notes that by letter dated March 31, 2023, filed on April 17, 2023, you indicated that you intend to participate in this proceeding. Although you filed that letter before Midland filed its Second Amended Complaint, the Second Amended Complaint is substantively the same as the prior Complaint. Since you have articulated a potential claim to the proceeds at issue, and in consideration of your *pro se* status, default judgment will not be entered against you.

<u>Russell Anderson Jr</u>: The Court acknowledges that you sent a letter to it dated March 22, 2023, but that it was not filed because you were not, at that time, a party to the case. Midland has now added you as a party and you are required to respond. Therefore, if you intend to participate in the proceedings, you are directed to file a formal response in this lawsuit within fifteen (15) days. If you fail to act within this time, the Court may direct the Clerk to enter a default against you.

Finally, to all *pro se* litigants, the Court strongly encourages each of you to consult counsel, which may help facilitate the proceedings to determine who is entitled to the proceeds at issue. With that in mind, please promptly advise the Court in writing whether you intend to proceed in this lawsuit, with or without an attorney.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

---
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record
    Court file