UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Counsel of Record; Chanelle Flowers; Quartni Kazmik; Russell Anderson, Jr.

FROM: Judge Peter J. Messitte

RE: *Midland National Life Insurance Company v. Flowers, et al.*
No. 22-cv-3267

DATE: August 14, 2024

\* \* \*

A Pre-Trial Conference has been scheduled for October 9, 2024 at 11 a.m. Pursuant to Local Rule 106.4, the parties are directed to submit a proposed Joint Pre-Trial Order to the Court seven (7) days before the Pre-Trial Conference (by October 2, 2024) (copy of Rule 106.4 attached). The Bench Trial (estimated duration of two (2) days) is scheduled to begin on November 20, 2024, at 10:00 a.m. (Courtroom to be determined).

Notwithstanding the above, the Court will refer the case to a Magistrate Judge for settlement if all parties consent. The Court notes that it has received the consent of three of the four remaining parties.

The Clerk **SHALL** mail a copy of this Memorandum to Chanelle Flowers, Quartni Kazmik and Russell Anderson, Jr.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

CC: Court file